USCA1 Opinion

 

 November 6, 1992 [NOT FOR PUBLICATION] [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT _________________________ No. 92-1713 JUDITH A. ST. LOUIS, Plaintiff, Appellant, v. COMMERCIAL UNION INSURANCE COMPANY, Defendant, Appellee. _________________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MAINE [Hon. Eugene W. Beaulieu, U.S. Magistrate Judge] _____________________ _________________________ Before Selya, Circuit Judge, _____________ Higginbotham,* Senior Circuit Judge, ____________________ Cyr, Circuit Judge. _____________ _________________________ Marvin H. Glazier and Vafiades, Brountas & Kominsky on brief _________________ _____________________________ for appellant. Paul W. Chaiken, Edith A. Richardson, and Rudman & Winchell ________________ ___________________ _________________ on brief for appellee. _________________________ _________________________ _______________ *Of the Third Circuit, sitting by designation. Per Curiam. We affirm the judgment below on the basis Per Curiam. ____________ of the magistrate judge's rescript, which correctly interprets the insurance policy. For two reasons, we reject appellant's newly emergent argument that the policy, so construed, offends public policy. In the first place, this argument was not raised below, and it is, therefore, waived. See Clauson v. Smith, 823 ___ _______ _____ F.2d 660, 666 (1st Cir. 1987) (collecting representative First Circuit cases). We see no reason to exempt this case from the operation of the usual rule. In the second place, the applicable financial responsibility statute, Me. Rev. Stat. Ann. tit. 29, 787 (West 1978), is the best and clearest expression of Maine's public policy on the point and the insurance policy issued by the defendant, read in the way suggested by the magistrate judge, is in full compliance with that statute. Affirmed. See 1st Cir. Loc. R. 27.1. Affirmed. See 1st Cir. Loc. R. 27.1. _________ ___ 2